# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMARIO DAWSON

NO. 2025 KW 1132

**DECEMBER 30, 2025**

---

In Re:    Demario Dawson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 22-CR10-148810.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the State's response, if any, the district court's ruling, the guilty plea and sentencing transcript, the pertinent court minutes, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before February 27, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT